# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

April 2, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2012

RECEIVED
IN CHAMBERS

APR - 3 2012

LAWRENCE M. McKENNA
USDJ SDNY

VIA HAND DELIVERY

Honorable Lawrence M. McKenna
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re:   Bank Brussels Lambert v. Credit Lyonnais (Suisse) S.A., No. 93 Civ. 6876 (LMM)

Dear Judge McKenna:

We represent plaintiff Bank Brussels Lambert ("BBL") in the above-referenced action. I write regarding BBL's pending motion for summary judgment against defendant Roy William Harris, a.k.a. William R. Harris (Docket No. 854).

BBL wishes to voluntarily dismiss all claims against Mr. Harris without prejudice. As this action has not been active for several years, it is not practicable to submit a stipulation signed by all parties. Accordingly, we respectfully request that the Court order BBL's claims against Mr. Harris dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. We further request that the Court order that no party shall be entitled to costs against any other party.

*The above action is dismissed pursuant to Fed. R. Civ. P. 41(a)(2) without costs to any party. So ordered.*

*[signature] (LMM) 4/3/12*

Brussels • Century City • Dallas • Denver • Dubai • London • Los Angeles • Munich • New York • Orange County
Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

GIBSON DUNN

Honorable Lawrence McKenna
April 2, 2012
Page 2

Respectfully submitted,

Robert L. Weigel

cc: John B. Conway, Esq. (counsel for Roy William Harris)
115 Mason Street
Greenwich, Connecticut 06830

RLW/sej

101264142.1